UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FALL LINE TREE SERVICE, INC., <br><br> Debtor, <br><br> FALL LINE TREE SERVICE, INC., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> DICK YOST YAGHLEGIAN, et al., <br><br> Defendants-Appellees. | No. 2:23-cv-00470-DAD <br><br> ORDER DISMISSING THIS ACTION DUE TO PLAINTIFF'S FAILURE TO PROSECUTE |
| OFFICE OF THE U.S. TRUSTEE (SAC) <br><br> Trustee. | |

On January 31, 2024, the court issued an order granting the motion to withdraw as counsel of record on behalf of plaintiff-appellant. (Doc. No. 10.) The court noted in that order that based on the plaintiff-appellant's letters to the bankruptcy court and to his former counsel, it appeared that plaintiff-appellant did not intend to proceed with this appeal. (*Id.* at 5.) Nevertheless, the court provided plaintiff-appellant with an opportunity to retain new counsel and proceed with the appeal. (*Id.*) Specifically, the court directed plaintiff-appellant to file either a notice of appearance of its new counsel or a notice of dismissal of this appeal within twenty-one (21) days from the date of that order. (*Id.*) The court also warned plaintiff-appellant that "its failure to

1

1  timely file a notice of appearance of counsel will result in a dismissal of this action." (*Id.* at 6.)
2  The deadline set by the court has now passed, and plaintiff-appellant has not filed a notice of
3  appearance of new counsel in this action nor a notice of dismissal.  Plaintiff-appellant's failure to
4  comply with the court's January 31, 2024 order demonstrates that plaintiff-appellant has
5  abandoned this appeal.

      Accordingly,

      1.    This bankruptcy appeal action is hereby dismissed due to plaintiff-appellant's failure to prosecute this action; and

      2.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 22, 2024**

           */s/ Dale A. Drozd*
           DALE A. DROZD
           UNITED STATES DISTRICT JUDGE